IN THE UNITED STATES NORTHERN DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Michael Dodsworth** ) | |
| ) | Case Number: 1:25-cv-01812-PAB |
| Plaintiff, ) | |
| vs. ) | Judge: Pamela A. Barker |
| ) | |
| **MetroHealth System, et al.** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

---

**JOINT STATUS REPORT AND MOTION TO EXTEND CASE DEADLINES**

Plaintiff Michael Dodsworth and Defendants MetroHealth System, Jennifer Rogers, Fallon

Forbush, Pete Harness, Marcus King, Bryan Brown, Charles Toles, Steven Gall, Adam Doyle,

Nathan Moldaver, Ryan Pleau, (collectively the "Parties") by and through their respective

undersigned counsel, hereby jointly submit the following status report and motion to extend case

deadlines:

**I.      STATUS OF DISCOVERY.**

Seven depositions have been taken. Written discovery by the Parties has been largely

completed. Some supplemental information has been requested in written discovery. The Parties

are cooperating to schedule and complete discovery, including additional depositions necessary

for the Parties to assert their respective claims and/or defenses in this lawsuit. The Parties are also

working together to identify individuals with relevant information in order to streamline the

number of depositions.

1

## II.      SETTLEMENT POSITIONS.

The Parties do not believe that settlement negotiations, formal or otherwise, are likely to yield results until following discovery and the Court's disposition of Defendants' anticipated summary judgment motion. The Parties will inform the Court if this changes.

## III.      ISSUES TO BE ADDRESSED.

### A.      Motion to Extend Case Deadlines.

The Parties jointly move the Court for an extension of the case deadlines previously set by this Court. The Parties move the Court for good cause and without purpose of delay. The current deadlines are as follows:

Non-expert discovery: April 30, 2026

Expert report (of party seeking to introduce expert testimony): April 30, 2026

Responsive expert report: June 30, 2026

Expert discovery: July 31, 2026

Dispositive motions: August 31, 2026

The Parties respectfully move the Court to extend the deadlines as follows:

Non-expert discovery: September 15, 2026

Plaintiff expert report: September 15, 2026

Defense expert report: October 19, 2026

Expert discovery: November 16, 2026

Dispositive motions: December 18, 2026

### B.      Amendments of pleadings.

Plaintiff is filing a second amended complaint with written consent from Defendants under Federal Rule 15(a)(2), which replaces an incorrectly named defendant. Thereafter, Plaintiff also anticipates filing a motion to file a third amended complaint adding a *Monell* claim against The

2

MetroHealth System. Defendants anticipate opposing this request. Deposition transcripts will be

necessary to brief the issue, which were just received on June 9, 2026.

Dated: June 16, 2026

Respectfully submitted,

/s/ Joseph Sobecki
Joseph Sobecki
405 Madison Avenue, Suite 910
Toledo, Ohio 43604
Office: (419) 283-9292
Facsimile: (419) 242-9937
Email: joseph@josephsobecki.com
Bar Number: FL1030989
*Attorney for Plaintiff, Michael Dodsworth*

/s/ John A. Favret
John A. Favret (0080427)
Tayler Gill (000102513)
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: john.favret@tuckerellis.com
tayler.gill@tuckerellis.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on June 16, 2026.  Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

|  | */s/ John A. Favret*<br>John A. Favret<br>*One of the Attorneys for Defendants* |
|---|---|

4