**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **Michael Dodsworth,** | **Case No. 1:25cv1812** |
| **Plaintiff,** | |
| **-vs-** | **JUDGE PAMELA A. BARKER** |
| **MetroHealth System, et al.,** | |
| **Defendants.** | **ORDER** |

On August 19, 2026, Plaintiff Michael Dodsworth filed a Notice of Voluntary Dismissal of Defendant Marcus King without prejudice pursuant to Fed. R. Civ. P. 41(a). (Doc. No 22.) The Court notes, however, that Rule 41(a)(1)(A) provides for the voluntary dismissal of actions, not of individual claims or parties. In relevant part, it reads that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i) (emphasis added.) Therefore, a plaintiff cannot use Rule 41(a)(1)(A) to dismiss only one of multiple defendants. *Philip Carey Mfg. Co. v. Taylor*, 286 F.2d 782, 785 (6th Cir. 1961).

Rather, a plaintiff must file a motion under Rule 21. *Id*. That Rule provides that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party. The court may also sever any claim against a party." Fed. R. Civ. P. 21. The Rule requires a motion because the court must consider "whether . . . dismissal . . . will prejudice any of the parties in the litigation." *Maher v. Federated Serv. Ins. Co*., 666 F. App'x 396, 401 (6th Cir. 2016). Like a voluntary dismissal under Rule 41(a)(1), a dismissal under Rule 21 is normally without prejudice. *See, e.g., Espinosa v. First Advantage Background Servs. Corp*., 343 F.R.D. 414, 416 (S.D. Ohio 2023).

Since there are multiple Defendants, and Plaintiff seeks to dismiss only one of them, the Court construes the Notice of Voluntary Dismissal as a motion under Rule 21. The Court concludes that Defendant King's dismissal from this action will not prejudice the remaining Defendants. Accordingly, the Court dismisses without prejudice Defendant Marcus King from this action.

**IT IS SO ORDERED.**

*s/Pamela A. Barker*
PAMELA A. BARKER
U. S. DISTRICT JUDGE

Date: August 19, 2026