IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Michael Dodsworth** | ) |
| | ) Case Number: 1:25-cv-01812-PAB |
| Plaintiff, | ) |
| vs. | ) Judge: Pamela A. Barker |
| | ) |
| **MetroHealth System, et al.** | ) Magistrate: Reuben J. Sheperd |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER**

Plaintiff Michael Dodsworth and Defendants MetroHealth System, Jennifer Rogers, Daniel Seidel, Pete Harness, Bryan Brown, Charles Toles, Steven Gall, Adam Doyle, Nathan Moldaver, Ryan Pleau, (collectively the "Parties") by and through their respective undersigned counsel file this Joint Stipulation for Extension of Time pursuant to Fed. R. Civ. P. 6(b)(1)(A-B) respectfully requesting that this Court extend the time for Defendants to collectively answer Plaintiff's Second Amended Complaint by sixty days from the date of Defendant Daniel Seidel's waiver of service. In support of the instant stipulated extension request, the Parties state as follows:

On July 22, 2026, Plaintiff filed a second amended complaint with the written consent of all parties. Pl. Second. Am. Compl, Doc. No. 20. Newly named Defendant Daniel Seidel has not yet been served. A waiver of service will be filed forthwith. Therefore, Seidel's answer is not yet due. All parties would like the Defendants to collectively file a single answer in the instant case.

Additionally, Plaintiff plans to file a motion for leave to file a third amended complaint within seven days of this filing. If this Court grants the instant stipulated extension, the Defendants will have sixty days to file a single collective answer from the date of Siedel's waiver of service, regardless of whether this Court permits the filing of Plaintiff's third amended complaint.

(b) Extending Time.

> (1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> > (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
> >
> > (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. P. 6(b)(1).

Pursuant to Fed. R. Civ. P. 6(b)(1)(A-B), this Court has discretion to extend the time for the Defendants to answer. The instant stipulated extension request is in the interest of all Parties and judicial economy.

**CONCLUSION**

The Parties jointly request that this Court exercise its discretion to grant the instant stipulated extension request and extend the time for Defendants to file their collective answer to Plaintiff's second amended complaint by sixty days from the date of filing of Defendant Siedel's waiver of service. Said waiver will be filed forthwith.

Dated: August 19, 2026

Respectfully submitted,

/s/ Joseph Sobecki
Joseph Sobecki
405 Madison Avenue, Suite 910
Toledo, Ohio 43604
Office: (419) 283-9292
Facsimile: (419) 242-9937
Email: joseph@josephsobecki.com
Bar Number: FL1030989
*Attorney for Plaintiff, Michael Dodsworth*

/s/ John A. Favret
John A. Favret (0080427)
Tucker Ellis LLP
950 Main Avenue – Suite 1100
Cleveland, Ohio 44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: john.favret@tuckerellis.com
*Attorney for Defendants, et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Electronic Filing (CM/ECF) on August 19, 2026, on all counsel or parties of record on the service list below.

/s/ Joseph Sobecki
Joseph Sobecki

**SERVICE LIST**

**MetroHealth System, et al.**
c/o John A. Favret III
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113-0000
Office: (216) 592-5000
Facsimile: (216) 592-5009
Email: john.favret@tuckerellis.com

**MetroHealth System, et al.**
c/o Taylor Gill
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113-0000
Office: (216) 592-5000
Facsimile: (216) 592-5009
Email: tayler.gill@tuckerellis.com